## F. W. WOOLWORTH CO v SAXTON

Ohio Appeals, 2nd Dist, Franklin Co
Decided Oct 7, 1930

For full opinion see 35 O L R 56; 177 NE 235; 39 Oh Ap 118 (Oh Bar 9-29-31).

## JURRUS, A Minor, v TOLEDO, FOSTORIA & FINDLAY ELECT RY CO

Ohio Supreme Court
No. 22535. Decided June 17, 1931

For full opinion see 177 NE 585; 124 Oh St 251 (Oh Bar 10-6-31).

## MORTON, et v PETITT

Ohio Supreme Court
No. 22438. Decided June 10, 1931

For full opinion see 177 NE 591; 124 Oh St 241 (Oh Bar 10-6-31).

## LOGAN GAS CO, et v P U C

Ohio Supreme Court
No. 22542. Decided June 10, 1931·

For full opinion see 177 NE 587; 124 Oh St 248 (Oh Bar 10-6-31).

## WHEELING TRACTION CO et v P U C, et

## OHIO VALLEY TRANSIT CO et v P U C, et

Ohio Supreme Court
Nos 22786 & 22787. Decided May 27, 1931

For full opinion see 177 NE 593; 124 Oh St 212 (Oh Bar 10-6-31).